### 11374.　BEARD v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 11, 1920.

Conviction of assault with intent to rape; from Walker superior court — Judge Wright. February 3, 1920.

*C. R. Jones, Rosser & Shaw,* for plaintiff in error.

*C. H. Porter, solicitor-general,* contra.

### 11377.　TRICE v. THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 11, 1920.

Indictment for manufacture of liquor; from Pulaski superior court — Judge Graham. January 22, 1920.

*H. E. Coates,* for plaintiff in error.

*W. A. Wooten, solicitor-general,* contra.

### 11378.　WILLIAMS v. THE STATE.

LUKE, J. The evidence in this case was conflicting, and a verdict of either murder, voluntary manslaughter, or justifiable homicide, according as the jury gives credence to the evidence, would have been authorized. The charge of the court, when read in its entirety, submitted the issues fully and fairly to the jury. The verdict has the approval of the trial judge, and for no reason assigned do we find error requiring a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1920.

Indictment for murder — conviction of manslaughter; from Pulaski superior court — Judge Graham. January 23, 1920.

*M. H. Boyer, H. E. Coates,* for plaintiff in error.

*W. A. Wooten, solicitor-general, H. F. Lawson,* contra.